F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 23 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00889-BNB

EDWARD DEGREAT,

    Plaintiff,

v.

NO NAMED DEFENDANT,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Edward DeGreat, currently is incarcerated at the Arapahoe County Detention Facility in Centennial, Colorado. He attempted to initiate this action on April 5, 2011, by filing *pro se* a letter. On April 11, 2011, Magistrate Judge Boyd N. Boland ordered Mr. DeGreat to cure certain deficiencies in this action within thirty days if he wished to pursue his claims. Specifically, he was directed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. He also was directed to file a Prisoner Complaint. The April 11 order warned Mr. DeGreat that, if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

    On May 13, 2011, Magistrate Judge Boland entered a minute order granting Mr.

DeGreat a thirty-day extension of time in which to cure the deficiencies designated in the April 11 order. The minute order again warned Mr. DeGreat that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed.

On May 19, 2011, Mr. DeGreat submitted a letter with attachments and a certified copy of his trust fund account statement. However, he failed to submit a complaint and § 1915 motion and affidavit. Therefore, Mr. DeGreat has failed within the time allowed to cure all the deficiencies designated in the April 11 order to cure. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Edward DeGreat, to cure the deficiencies designated in the April 11, 2011, order to cure.

DATED at Denver, Colorado, this __23rd__ day of ___June_____, 2011.

BY THE COURT:

__s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00889-BNB

Edward Degreat
Prisoner No. 152150
Bent County Correctional Facility
11560 Road FF75
Las Animas, CO 81054

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on June 23, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk